429 A.2d 98

Kobal et ux. v. City of Chevrolet, Inc., et al.

Appeal of City of Chevrolet, Inc.

■■■■■■■■■

■■■■■■■■■ Argued March 18, 1980.   Anthony J. Lumbis, for appellant; Clement Kisailus, submitted a brief on behalf of the appellees.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

■■■■■

429 A.2d 99

Kondratick et ux., Appellants, v. Young et ux.

■■■■■■■■■

■■■■■ Argued June 7, 1979.   James C. Hogan, for appellants;  Gary S. Figore, for appellees.

Before PRICE, GATES and DOWLING, JJ.*

Judgment affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.